UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PADAM GIRI

        Plaintiff(s),

  v.

ROBERT MUELLER III, ET AL.,

        Defendant(s).
_____/

No. C 07-05219 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

  In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 10/16/2007

    /S/Ben Loveman
Signature

Counsel for  Plaintiff
(Plaintiff or Defendant)