Exhibit A



F  US DEPARTMENT OF JUSTICE
R  US IMMIGRATION AND NATURALIZATION
O  ASYLUM OFFICE
   P.O. BOX 77530
M  SAN FRANCISCO, CA 94107

DATE: 8/27/02
FORM: I-589

NAME: PANAM GIRI
A-NUMBER: 9x59xx771

*** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589 asylum application was received and is pending as of 8/19/02. You may remain in the U.S. until your asylum application is decided. If you wish to leave while your application is pending, you must obtain advance parole from INS. If you change your address, send written notification of the change within 10 days to the above address. You will receive a notice informing you when you and those listed on your application as a spouse or dependents must appear for an asylum interview. Be sure to the interview & copies of documentary evidence of your relationship to those family members.

TO   ...
     ...
     ... MONTGOMERY ST STE 6XX
     SAN FRANCISCO, CA 94104

**Exhibit B**



F    US DEPARTMENT OF JUSTICE
R    INS IMMIGRATION AND NATURALIZATION
O    ASYLUM OFFICE
M    SAN FRANCISCO, CA 94107

NAME: FARAH GIRI                                                    DATE: 8/29/02
                                                                   FROM: I-589

A MINOR: 97698771          *** ASYLUM INTERVIEW NOTICE ***

You and your family members on your Form I-589 are scheduled for interview
as shown below. Bring a written form of identification: name, date and
place of birth, and nationality; 3 copies of evidence of your relationship
to family members on your I-589 (marriage or birth certificates, or
affidavits); and other evidence not submitted before. If you cannot speak
English fluently, you must provide a competent interpreter at least 18
years old who is not your attorney, representative, or witness. Failure
without good cause to appear for interview or to provide a competent
interpreter may result in administrative referral to an immigration judge.

TO:                                    INTERVIEW DATE: 9/19/02 (THU)
                                               TIME: 8:15
                                       AT:
                                          INS ASYLUM OFFICE
   FARAH GIRI                             75 HAWTHORNE STREET
   C/O MIRIAM R. DEAN                     THIRD FLOOR
   75 HAWTHORNE ST, STE 650               SAN FRANCISCO, CA 94105
   SAN FRANCISCO, CA 94104

**Exhibit C**

**Subject: fingerprinting problem**
   **Date:** Wed, 04 Dec 2002 16:59:23 -0800
   **From:** Joren Lyons <jlyons@beancard.com>
   **To:** Leslie.A.Meeker@usdoj.gov

Dear Deputy Director Meeker,

    I am writing regarding Mr. Padam Giri's asylum application (A95 598 771). We
have one problem and one question:

    Mr. Giri, because he is shuttling between various Nepali families here in the
Bay Area so as not to inconvenience any one host, was unaware of his
fingerprinting appointment until September 15, 2002, the day after the
fingerprinting notice expired. We have now made five unsuccessful requests for a
new notice, spanning almost three months: Sept. 16 (phone message at 293-1254);
Sept. 19 (at the interview with Officer Frank Edgerton); Sept. 27 (by phone, we
were told that a new notice had gone out on Sept. 25); October 11 (by letter, we
were told by Michelle Henderson on October 15 that a new notice would be issued
that week); October 25 (by phone, Rose Green called back on October 30 to say
that a new notice would be issued within a few weeks). As of yesterday, Mr. Giri
still had not received a notice. I apologize for his failure to meet the
original fingerprinting date, but we very much would like to get him
fingerprinted. Can you advise us as to how to do this?

    Secondly, Mr. Giri was told at his interview that because he had turned over
three pieces of gold jewelry to the Nepali Maoists at gunpoint, his case would be
sent to Washington for review regarding providing material support to a terrorist
organization. While I certainly understand the importance of screening asylum
applicants for terrorist ties, Mr. Giri wonders how long the review might take.

    We greatly appreciate any help you can give us in getting a fingerprinting
notice, and any estimate of how long the terrorist review might take.

Sincerely,
Joren Lyons
Angela M. Bean & Associates
235 Montgomery Street, Suite 629
San Francisco, CA 94104
415-392-7950

**Exhibit D**

**Subject: fingerprinting problem**
  **Date:** Thu, 09 Jan 2003 16:36:17 -0800
  **From:** Joren Lyons <jlyons@beancard.com>
    **To:** Emilia.M.Bardini@usdoj.gov

Dear Director Bardini,

    I am writing regarding Mr. Padam Giri's asylum application (A95 598
771). We
have one problem and one question:

    Mr. Giri, because he is shuttling between various Nepali families
here in the Bay Area so as not to inconvenience any one host, was
unaware of his fingerprinting appointment until September 15, 2002, the
day after the fingerprinting notice expired. We have now made seven
unsuccessful requests for a new notice, spanning almost three months:
Sept. 16 (phone message at 293-1254); Sept. 19 (at the interview with
Officer Frank Edgerton); Sept. 27 (by phone, we were told that a new
notice had gone out on Sept. 25); October 11 (by letter, we were told by
Michelle Henderson on October 15 that a new notice would be issued that
week); October 25 (by phone, Rose Green called back on October 30 to say
that a new notice would be issued within a few weeks); December 4 (by
e-mail to Deputy Director Leslie Meeker, no response); December 17 (left
voice-mail for Rose Green at 293-1238, no response). As of yesterday,
Mr. Giri still had not received a new fingerprinting notice. I
apologize for his failure to meet the original fingerprinting date, but
we very much would like to get him fingerprinted. Can you advise us as
to how to do this?

    Secondly, Mr. Giri was told at his interview that because he had
turned over
three pieces of gold jewelry to the Nepali Maoists at gunpoint, his case
would be
sent to Washington for review regarding providing material support to a
terrorist
organization. While I certainly understand the importance of screening
asylum
applicants for terrorist ties, Mr. Giri wonders how long the review
might take.

    We greatly appreciate any help you can give us in getting a
fingerprinting
notice, and any estimate of how long the terrorist review might take.

Sincerely,
Joren Lyons
Angela M. Bean & Associates
235 Montgomery Street, Suite 629
San Francisco, CA 94104
415-392-7950

**Exhibit E**

# ANGELA M. BEAN & ASSOCIATES LAWYERS

THE RUSS BUILDING · 235 MONTGOMERY STREET · SUITE 629 · SAN FRANCISCO, CALIFORNIA 94104 · (415) 392-7950 · FAX (415) 544-9337

ANGELA M. BEAN*
JESSE A. LLOYD
JOREN LYONS

*CERTIFIED SPECIALIST IN
IMMIGRATION AND NATIONALITY LAW

LEGAL ASSISTANTS
MARIELLA GALLOSO
CHRISTINA VARNER

September 19, 2003

Ms. Patty Kim
Congresswoman Anna Eshoo
698 Emerson Street
Palo Alto, CA 94301

**In Re: Padam Giri, A95 598 771**

Dear Ms. Kim,

My client, Mr. Padam Giri, from Nepal is seeking your assistance in the matter of his immigration asylum case pending before the Department of Homeland Security in Washington, D.C. His case was sent there approximately one year ago after his asylum interview in San Francisco, California. As you can see from the copy of the attached declaration, his case is very strong. However, there seems to be a concern that he was "giving support to terrorists" when he was forced under threat of death to give the Maoist terrorists jewelry at gun point. Please see points 14-16.

I want to tell you that Mr. Giri is suffering terribly. He has learned that his family home in Jhapa District was burned down in April and his father died under mysterious circumstances in July when he left from Kathmandu to go to the home village to check on damage. He is very afraid for the safety of his wife and children who are staying in Kathmandu. Moreover, Mr. Giri recently lost his job at Safeway food Deli because the management there told him he wasn't smiling enough at the customers.

Please find a copy of a G-28 in addition to the other information. Mr. Giri is signing this letter as a release of confidentiality.

Attorney at Law
AMB: fs

I give Angela BEan permission to discuss my
case with the Office of Anna Eschoo.

Padam Giri, September 19, 2003

**Exhibit F**

WASHINGTON OFFICE
205 CANNON BUILDING
WASHINGTON, DC 20515-0514
(202) 225-8104
FAX (202) 225-8890

DISTRICT OFFICE
698 EMERSON STREET
PALO ALTO, CA 94301-1609
(650) 323-2984
(408) 245-2339
(831) 335-2020
FAX (650) 323-3498

annagram@mail.house.gov
http://www.house.gov/eshoo

**Anna G. Eshoo**
**14th District, California**

**Congress of the United States**
**House of Representatives**
**Washington, DC 20515-0514**

ENERGY AND COMMER
SUBCOMMITTEES:
TELECOMMUNICATIONS AND THE INTERNET
HEALTH

PERMANENT SELECT COMMITTEE ON
INTELLIGENCE
SUBCOMMITTEES
INTELLIGENCE POLICY AND NATIONAL
SECURITY, RANKING MEMBER
TECHNICAL AND TACTICAL INTELLIGENCE

WHIP AT LARGE

CO-CHAIR
E-911 CAUCUS

CO-CHAIR
MEDICAL TECHNOLOGY CAUCUS

VICE-CHAIR
DEMOCRATIC BUDGET GROUP

September 24, 2003

Mr. Padam Giri
c/o Ms. Angela Bean
Angela M. Bean & Associates
235 Montgomery Street, Suite 629
San Francisco, California 94104

Dear Mr. Giri,

Thank you for your recent inquiry regarding the status of your Asylum case.

I've contacted the Department of Homeland Security on your behalf to request that they notify you of their decision as soon as possible. As soon as I hear anything from them, I will be in touch with you.

In the interim, please feel free to contact Patty Kim in my Palo Alto office if you have any questions.

Sincerely,

Anna G. Eshoo
Member of Congress

AGE:pk

THIS STATIONERY PRINTED ON PAPER MADE OF RECYCLED FIBERS
THIS MAILING WAS PREPARED, PUBLISHED, AND MAILED AT TAXPAYER EXPENSE

**Exhibit G**

Attention:                                                                  Date-04/17/2004
Michele   Henderson
San Francisco  Asylum  Office,
San Francisco.

Dear  Sir/ Madam,

My  name  is  Padam  Giri.  I  hail  from  an  Eastern  district of the Kingdom  of Nepal. I  am
writing  this  letter  regarding  my  Asylum  Case ( I –589 ), <u>Case  Receipt  No</u>- **FPS*001983361**.
**INS  A# 095-598-771.**

I  was  Interviewed  on  09/19/ 2002  in the San  Francisco  Asylum  Office, at 9:30  AM, by
the asylum officer.  In  the  end  of  my  Interview  he Wished  Me  Good  Luck.. But,  I  never
got  any  result  or  decision.  It's  going  to  be  almost  two  years in August 2004. But I  am still waiting
to  hear  the  decision  about  my  Case.

I  would  be  grateful,  if  you  would  kindly  expedite  the  decision  of my case. Because of  the
delay  about  the  decision  of my case, I  am  having  the  following  problems.

The  constant  fear  of  murder  is  always  looming  in  my  head,  about  my  wife  and two children.
They  are  still  in  Nepal. The  situation  in  Nepal  is  violent due to the Maoist Insurgency.   I  am
always  having  worries  about  my  Wife, and  two  small  Children.  I  am  terribly  suffering  at
this  condition,  as  day  by  day  Nepal's security condition  is  becoming  worse  and  worse.  Living
with  terrible  Fear  of  Kidnap,  Rape,  And  Murder  about  my Wife and Children  is  very hard.

I  have  lost  my  patience  and  hope  to live.  I  asked  to  my  Lawyer  to  make  a  request  to
BCIS  about  my  Case.  But,  they  always  ask  for  extra money.  In  this current  situation  I  am
unable  to  afford  the  lawyer  fees. This  is  why  I  am  writing  this  letter. This  is  a  only  one  last
place  where  I  can  hope  for  the  safety  of  my  wife  and  the  life  of my two  small  Children .

I  am ,  like always,  praying  with  God  to  find  someone  who  can  hear  my  pain.  Once  again, I
would  like  to  request  to  expedite  the  decision  of  my case. I  would  like  to  hear  something
good  about  my  case. That might  Encourage  me  to  live.

I  would  like  to  say  sorry  for  writing  this  long  letter. Thank  you for your time in reading my
letter.  These  are  the  pain  of  my  heart,  and  I  would  like  to  share  with  you.

Sincerely,


Padam   Giri                                              **Receipt no-FPS*001983361**
**1140, Castro  Street  Apt# 15**                         **INS  A#-095598771**
**Mountain  View, CA  94040**                             **SSN-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**
**Ph#(650)968-1523**                                      **CDL  No-D6164857**
**DOB-  07/20/1969**
Interview  Date-09/19/2002.

**Exhibit H**

**U.S. Department of Homeland Security**

Citizenship & Immigration Services
San Francisco Asylum Office
P.O. Box 77530
San Francisco, CA 94107

Emilia Bardini, Director

## STATUS REQUEST FORM

May 13, 2004

'adam Giri
1140Catro Street #15
Mountain View, CA  94040

Re: A95598771

The status of your case is checked below:

[ ]     No interview has been scheduled as of the date of this review. You will be notified by mail three (3) weeks prior to the scheduled Interview date.

[ ]     Your application is pending in this office. You will be notified by mail of any decisions relating to your case. You need to notify this Office of any change of address to prevent delays in receiving further notifications regarding your case.

[ ]     Your asylum application is pending in this office. It is not possible to project with any certainty when you will be scheduled for an interview. Your name will be placed on our interview list for consideration for the next circuit trip.

[ ]     Your asylum application was approved on._____. Notice of this action was mailed to your last known address:_____ _____. This office has completed all action on your case and your file has been forwarded to the National Record Center. If the U.S Postal Service returned your approval notice, it was placed in the file, and your local Citizenship and Immigration Service office can assist you in obtaining your approval notice. If your approval notice was not returned to this office, you must file a Form G-639 (FOIA request) to obtain a copy of the notice and Form I-102 to obtain a new I-94 card. Both forms (G-639 and I-102) can be filed with your local office.

[ ]     We are awaiting the results of a confidential background criminal check. You will be notified as soon as this investigation is complete. You may be contacted to submit another set of fingerprints for this investigation.

[ ]     The San Francisco Asylum Office handles interview and inquiries related to Asylum and NACARA applications pending within the jurisdiction of the San Francisco Asylum Office. Your inquiry regarding_____ needs to be directed to the following office: _____.

[ ]     This office has completed all processing on your case. Your asylum case was denied on _____and you were restored to the status you were maintaining at that time, which was _____. If you are no longer maintaining that status and would like to be placed in Removal proceeding, please submit a written request to this office. Your request should include your file number, the status that you were previously maintaining, the date that status expired, evidence of that expiration and your current address.

[ ]     There is no record of you being the authorized representative for this case. To protect the confidentiality of the applicant, you must submit a duly executed Form G-28, (signed by you and the applicant), with your inquiry so we may respond.

[ ]     Your inquiry did not contain sufficient information to be processed. Please resubmit your inquiry with your complete name, date of birth, country of birth, and/or Alien Registration Number.

[ ]     Your change of address has been updated.

Page 1 of 2

Your request for asylum was referred to the Immigration Judge. This office no longer has jurisdiction over your asylum case. Your case has been forwarded to the Office of District Counsel. Any further inquiries should be directed to that Office. The address is as follows: _____

]     Your case was administratively closed due to an invalid address (mail sent to your address was returned undeliverable). If you would like to have your case re-opened, please submit a written request to the attention of Michelle Henderson. Your request should include you're file number and your current address.

}     Your asylum case was closed for failure to appear for a scheduled interview on _____. Notice of this interview was mailed o the address you provided the Service.

]     Our records show you may be eligible to apply for benefits under The Nicaraguan Adjustment and Central American Relief Act (NACARA). This means you will not be scheduled for an asylum interview or receive a decision on your asylum application, if you have already been interviewed, until you have the opportunity to apply for NACARA benefits. If you prefer, you may ask to have your asylum interview scheduled as soon as possible. But if you choose this option, you will not be able to apply for NACARA benefits with the United States Citizenship and Immigration Services UUSCIS). Please see the attached fact sheet, which has more information about NACARA.

]     Your Form I-881, application under section 203 of the Nicaraguan Adjustment and Central American Relief Act (NACARA) is pending in this office. **Priority is given to applicants whose qualified family members turn 21 years old in the next six months, and those who have emergencies.** It is very important that you notify this office of any change in address, so that we may notify you of your interview date. If you have received an Acknowledgement of Receipt of your NACARA application, but have not received a fingerprint appointment notice, please note all fingerprint scheduling was suspended in July 2000. This is because the Asylum Program does not have the resources to interview all NACARA applicants within 15 months from the date of filing a NACARA application and fingerprint clearances expire after 15 months. If you have not been scheduled for a fingerprint appointment, the USCIS will send you a notice to be fingerprinted prior to scheduling you for an interview.

If the USCIS received the results of your fingerprint check more than 15 months before your scheduled interview, you will be rescheduled for fingerprinting at no cost to you.

]     You have sent your application to the wrong address. The San Francisco Asylum Office does not accept initial filings for asylum. Please refer to the instructions you received with your I-589 application, and send your application to the appropriate Service Center. If you are in proceedings in Immigration Court, you are required to file your application with the Immigration Court having jurisdiction over your case.

]     Our records show you belong to a special class of asylum applicant whose claim for asylum is based on Coercive Family Planning. Under Section 207 (a) (5) of the Immigration and Nationality Act, no more than 1,000 individuals per fiscal year may be granted asylum based on resistance to a coercive population control (CFP) program. In order to ensure compliance with the 1,000 cap, individuals who establish asylum eligibility based on CFP are issued conditional grants of asylum and placed on a waiting list or final approval. The number of individuals establishing asylum eligibility based in CFP has exceeded 1,000 every year since fiscal year 1998. Individuals issued conditional grants can expect to wait several years after the conditional grant date for a final approval. On _____ you were issued a conditional grant of asylum based on CPC and placed on the waiting list for a final approval.

]     You previously had two files with the Citizenship and Immigration Services, _____, and _____. We have onsolidated them into one file. The surviving file number is: _____. Please use this number when referencing any Immigration information.

X]     **Other:** Your asylum application is pending review; when a decision is reached you will be promptly notified.

you have any questions, please contact our office at the address listed above to the attention of Michelle Henderson. Always notify this office of any ddress changes. Include your file number in any correspondence sent to this office.

**Exhibit I**

**ANGELA M. BEAN & ASSOCIATES** *lawyers*
110 11ᵗʰ STREET, OAKLAND, CA 94607    (510) 433-1900    FAX (510) 433-1901    www.beancard.com

ANGELA M. BEAN*
AMBER D. MONTAÑO
ALLISON DAVENPORT
THOMAS E. PANELLI

*CERTIFIED SPECIALIST IN
IMMIGRATION & NATIONALITY LAW

LEGAL ASSISTANTS
MARIELLA GALLOSO
MARIANE STIMBRA-MORA

August 17, 2005

U.S. Citizenship & Immigration Services
San Francisco Asylum Office
P.O. Box 77530
San Francisco, CA 94107

<u>Inquiry and Change of Attorney Address for Asylum Applicant</u>
**Padam GIRI (A95 598 771)**

Dear Asylum Officer:

I represent the above-named asylum applicant, a G-28 is attached. My client was interviewed by Officer Edgerton in your office on September 19, 2002. At that time, we were informed that his case would be sent to Washington D.C. for further review. My client was assaulted by Maoist rebels in Nepal and surrendered jewelry to them while they held a gun to his head. Given these facts, Headquarters was to review the case to determine if there was any issue related to providing material aid to a terrorist organization. To date, we have received no response as to the outcome of my client's case. We would appreciate any information about the status of his case.

In addition, please note that our office address has changed to 110 11ᵗʰ Street, Oakland, CA 94607 and kindly forward any correspondence to this new address.

Thank you for your prompt attention to this matter.

Sincerely,

Angela M. Bean
Attorney at Law

AMB:asd

Encl.

Exhibit J

## Allison Davenport

**From:** Bardini, Emilia
**Sent:** Thursday, October 20, 2005 9:25 AM
**To:** Allison Davenport
**Subject:** RE: Padam GIRI (A95 598 771)

Hello Ms. Davenport,

The case is still with our HQ office. There are quite a few other cases still there from that same time and earlier.

We will complete the case as soon as it is returned to us.

Emilia Bardini

---

**From:** Allison Davenport [mailto:allison@beancard.com]
**Sent:** Tuesday, October 18, 2005 5:03 PM
**To:** Bardini, Emilia M
**Subject:** Padam GIRI (A95 598 771)

Ms. Bardini-

Our office represents the above-named asylum applicant, Padam Giri. A G-28 is on file. Mr. Giri was interviewed by Officer Edgerton at the San Francisco Asylum Office on September 19, 2002. At the interview, Mr. Giri was informed that because he had turned over three pieces of jewelry to Nepali Maoist rebels at gunpoint, his case would be sent to Washington D.C. for further review regarding providing material aid to a terrorist organization. We are still waiting for a decision on Mr. Giri's asylum application. We would greatly appreciate any information regarding the status of Mr. Giri's case.

Thank you so much for your assistance-
Allison Davenport

Allison Davenport
Angela M. Bean & Associates
110 11th Street
Oakland, CA 94607
510-433-1900 (phone)
510-433-1901 (fax)

10/25/2005

**Exhibit K**

**U.S. Department of Homeland Security**

Citizenship & Immigration Services
San Francisco Asylum Office
P.O. Box 77530
San Francisco, CA 94107

---

Emilia Bardini, Director

January 5, 2006

The Honorable George Miller
Member of Congress
1333 Willow Pass Road, Suite 203
Concord, CA 94520

Attention: Lauren W. Hole

Re: Padam Giri A95 598 771

Dear Congressman Miller:

Thank you for your letter dated November 18, 2005 regarding the asylum application of the person named above and any family member(s) included in the case. The applicant's case is under extensive review and a decision is not expected anytime. Your office may wish to follow-up in six months.

I hope the information provided is useful in responding to your constituent. If this office may be of assistance in the future please let us know.

Sincerely,

For Emilia Bardini
San Francisco Asylum Director

**Exhibit L**

**U.S. Department of Homeland Security**

Citizenship & Immigration Services
San Francisco Asylum Office
P.O. Box 77530
San Francisco, CA 94107

Emilia Bardini, Director

January 5, 2006

The Honorable George Miller
Member of Congress
1333 Willow Pass Road, Suite 203
Concord, CA 94520

Attention: Lauren W. Hole

Re: Padam Giri A95 598 771

Dear Congressman Miller:

Thank you for your letter dated November 18, 2005 regarding the asylum application of the person named above and any family member(s) included in the case. The applicant's case is under extensive review and a decision is not expected anytime. Your office may wish to follow-up in six months.

I hope the information provided is useful in responding to your constituent. If this office may be of assistance in the future please let us know.

Sincerely,

For Emilia Bardini
San Francisco Asylum Director

**Exhibit M**

Date-02/23/07

Attention:
Michele Henderson
San Francisco Asylum Office
P.O. Box 77530
San Francisco CA 94107

Dear Madam,

My name is Padam Giri  I am From Nepal. I am writing this Letter Regarding my Asylum  (I-589) Case
Reciept No FPS*001983361. INS A# 095-598-771

I was Interviewed on 09/19/2002 in the San Francisco Asylum Office, at 9:30 AM. By the Asylum officer. I
Wrote same Letter before on the date of 04/17/2004. I received the reply on may 13 2004 saying that  my
asylum case is pending  and when decision is reached will be notified .

It has been three Yeares again I am still  waiting to hear my  Decision. Dear Madam , May I ask why my  case
has been pending such a long time. I make write  to the  Congress Man  Mr. George Miller on behalf of me .
I received the reply  from  Emila Bardini  saying same thing it has been pending. I am  Crying and writing this
letter to you Madam, is that  a  name of my life is Pending ?

I called to the INS toll free number , and   someone customer service reprentive  gave me  one INS office
phone number (415)293-1234 . I  been trying  to call there since I got the number, but nobody receive the call
but always say in messege the  write to the Michele Henderson.

This is the reason madam,  I am writing this letter with  small hope that you   kindly would   help me to get
some good decision. As  soon as you can.

Thank you  very much for your help   and time.

Sincerely
Padam Giri
2200 Rivers St.#36
San Pablo CA, 94806
Ph#(925)348-5089 cell
Ph#(510)233-5870 home
DOB-07/20/1969
Country of Birth- Nepal

Reciept no-FPS*001983361
INS A#-095-598-771
SSN-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

**Exhibit N**

TRANSMISSION VERIFICATION REPORT

TIME : 09/12/2007 13:01

| | |
|---|---|
| DATE,TIME | 09/12 13:00 |
| FAX NO./NAME | 2931269 |
| DURATION | 00:00:23 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

Ex 7

# Law Office of Virender Kumar Goswami

350 Sansome Street, Suite 600
San Francisco, CA 94104
Tel: (415) 391-0228
Fax: (415) 288-0459

Emilia Bardini
San Francisco Asylum Office
P.O. Box 77530
San Francisco, CA 94107

9/12/07

Dear Ms. Bardini:

My name is Ben Loveman (SBN 249970), I am an attorney with the Law Office of
Virender Kumar Goswami. Our office represents Padam Giri A# 95 598 771. This letter
is a request for information regarding the status of an asylum application filed in 2002 by
Padam Giri.

Mr. Giri has made several attempts to garner information regarding the status of his case.
Such attempts have included letter written directly to your office and also an inquiry
made by Congressman George Miller on behalf of Mr. Giri.

Please respond with any information you have regarding the status of Mr. Giri's case.
Thank you for your assistance in this matter.

Sincerely,

Ben Loveman
Attorney at Law

**Exhibit O**



108
7650 ▪ 00.410 SEP 12 07
77.35   SAN FRANCISCO CA
PB8657166
94104

Ms. Emilia Bardini
San Francisco Asylum Office
P.O. Box 77530
San Francisco, CA 94107

Ex. 9

Law Office of Virender Goswami
350 Sansome Street, #600
San Francisco, CA 94104



# Law Office of Virender Kumar Goswami

350 Sansome Street, Suite 600
San Francisco, CA 94104
Tel: (415) 391-0228
Fax: (415) 288-0459

Emilia Bardini
San Francisco Asylum Office
P.O. Box 77530
San Francisco, CA 94107

9/12/07

Dear Ms. Bardini:

My name is Ben Loveman (SBN 249970), I am an attorney with the Law Office of
Virender Kumar Goswami. Our office represents Padam Giri A# 95 598 771. This letter
is a request for information regarding the status of an asylum application filed in 2002 by
Padam Giri.

Mr. Giri has made several attempts to garner information regarding the status of his case.
Such attempts have included letter written directly to your office and also an inquiry
made by Congressman George Miller on behalf of Mr. Giri.

Please respond with any information you have regarding the status of Mr. Giri's case.
Thank you for your assistance in this matter.

Sincerely,

Ben Loveman
Attorney at Law

**Exhibit P**

Department of Homeland Security
P.O. Box 77530
San Francisco, CA 94107-0000



**U.S. Citizenship
and Immigration
Services**

Date: September 18, 2007

Padam Giri
2200 Rivers St. 36
San Pablo, CA 94806

Re: A95598771, Giri, Padam

Dear Ms. Giri:

Please review the following marked item in response to your status request:

* Your application is pending in our office. We are awaiting the results of a confidential background criminal check (fingerprint clearance and/or name check clearance). You will be notified as soon as this investigation has been completed.

If you have any questions, please contact our office to the attention of Michelle Henderson at (415) 293-1247. Please be sure to always notify this office of any address changes. Include your alien registration number on any correspondence you send.

Sincerely,

*Emilia M. Bardini*

Emilia M. Bardini
Director, 25F
Emilia Bardini
Director

CC: Ben Loveman
Law Office of Virender Kumar Goswami
350 Sansome Street, Suite 600
San Francisco, CA 94104