1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11
   PADAM GIRI,                          )   No. C 07-5219 JCS
12                                      )
                  Plaintiff             )
13                                      )
         v.                             )
14                                      )   **CONSENT TO PROCEED BEFORE A**
   ROBERT MUELLER, III, Director, Federal )  **UNITED STATES MAGISTRATE**
15 Bureau of Investigation; et al.,     )   **JUDGE**
                                        )
16                Defendants.           )
                                        )
17

18       In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants

19 hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further

20 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

21 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

22 Dated: December 21, 2007                       Respectfully submitted,

                                                  SCOTT N. SCHOOLS
23                                                United States Attorney

24
                                                  _____/S/_____
25                                                MELANIE L. PROCTOR
                                                  Assistant United States Attorney
26

27

28

CONSENT TO MAGISTRATE
07-5219 JCS                                  1