1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  MELANIE L. PROCTOR, CSBN 228971
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6  Telephone: (415) 436-6730
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
   PADAM GIRI,                           )
12                                       )  No. C 07-5219 JCS
                 Plaintiff,              )
13                                       )
          v.                             )
14                                       )  **JOINT REQUEST TO BE EXEMPT**
   ROBERT MUELLER, III, Director, Federal)  **FROM FORMAL ADR PROCESS;**
15 Bureau of Investigation; EMILIO       )  **PROPOSED ORDER**
   GONZALES, Director, U.S. Citizenship and)
16 Immigration Services; MICHAEL         )
   CHERTOFF, Secretary, Department of    )
17 Homeland Security; MICHAEL B.         )
   MUKASEY, Attorney General, Department )
18 of Justice; TERRY RICE, San Francisco  )
   Field Office Director, USCIS; EMILIA  )
19 BARDINI, Director, Asylum Office, San )
   Francisco,                            )
20                                       )
                 Defendants.             )
21 _____)

22     Each of the undersigned certifies that he or she has read either the handbook entitled

23 "Dispute Resolution Procedures in the Northern District of California," or the specified portions

24 of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

25 resolution options provided by the court and private entities, and considered whether this case

26 might benefit from any of them.

27     Here, the parties agree that referral to a formal ADR process will not be beneficial because

28 this mandamus action is limited to Plaintiff's request that this Court compel Defendants to

ADR Certification
C 07-5219 JCS                              1

adjudicate his application for asylum. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: December 28, 2007              Respectfully submitted,

                                      SCOTT N. SCHOOLS
                                      United States Attorney


                                      _____/s/_____
                                      MELANIE L. PROCTOR[1]
                                      Assistant United States Attorney
                                      Attorneys for Defendants


Dated: December 21, 2007              _____/s/_____
                                      BEN LOVEMAN
                                      Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:                                _____
                                      JOSEPH C. SPERO
                                      United States Magistrate Judge

---

[1] I, Melanie Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.