**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PADAM GIRI,  No. C 07-05219 (JCS)

        Plaintiff(s),

        v.  CLERK'S NOTICE

ROBERT MUELLER III,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      YOU ARE NOTIFIED THAT the hearing on Defendants' Motion to Dismiss before Magistrate Judge Spero previously noticed for February 8, 2008, at 9:30 a.m., has been reset to **March 21, 2008, at 1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Regardless of whether the Court reschedules the hearing date, the opposition memorandum shall be filed on **January 18, 2008**, and the reply brief shall be filed by **January 25, 2008**. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated:  January 8, 2008

                                  FOR THE COURT,
                                  Richard W. Wieking, Clerk

                                by: _____
                                  Karen L. Hom
                                  Courtroom Deputy