SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PADAM GIRI, | No. C 07-5219 JCS |
|     Plaintiff, | |
| v. | |
| ROBERT MUELLER, III, Director, Federal Bureau of Investigation; EMILIO GONZALES, Director, U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; MICHAEL B. MUKASEY, Attorney General, Department of Justice; TERRY RICE, San Francisco Field Office Director, USCIS; EMILIA BARDINI, Director, Asylum Office, San Francisco, | STIPULATION TO STAY CASE MANAGEMENT CONFERENCE; ~~PROPOSED~~ ORDER |
|     Defendants. | |

On October 11, 2007, the Court issued a scheduling order, setting a Case Management Conference on January 18, 2008. On December 21, 2007, Defendants moved to dismiss the Complaint for lack of subject matter jurisdiction. The hearing on that motion is scheduled for February 8, 2008.

In order to promote efficiency, the parties hereby stipulate, subject to the Court's approval, to stay the CMC pending the Court's ruling on Defendants' Motion to Dismiss. Alternatively, the parties respectfully suggest continuing the Case Management Conference to February 8, 2008, to

1  be heard following the hearing on the Motion to Dismiss.

2  Dated: January 4, 2008                              Respectfully submitted,

3                                                      SCOTT N. SCHOOLS
                                                       United States Attorney
4

5                                                            /s/
                                                       MELANIE L. PROCTOR[1]
6                                                      Assistant United States Attorney
                                                       Attorneys for Defendants
7

8  Dated: January 4, 2008                                    /s/
                                                       BEN LOVEMAN
9                                                      Attorney for Plaintiff

10                         **PROPOSED ORDER**

11     The Case Management Conference, scheduled for January 18, 2008, is hereby vacated.  IT

12 IS SO ORDERED.

13

14 Date:
                                                       JOSEPH C. SPERO
15                                                     United States Magistrate Judge

16                     **ALTERNATIVE** ~~**PROPOSED**~~ **ORDER**

17     The Case Management Conference, scheduled for January 18, 2008, is hereby continued to
    March 21,         at 1:30 PM
18 ~~February 8~~, 2008, to be heard following the argument on Defendants' Motion.  The Case
                                                              March 14,
19 Management Statement shall be filed no later than ~~February 1~~, 2008.  IT IS SO ORDERED.

20

21 Date:  January 8, 2008

22                                                     JOSEPH C. SPERO
                                                       United States Magistrate Judge

[IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
07-5219 JCS                           2