JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PADAM GIRI,<br><br>              Plaintiff,<br><br>   v.<br><br>ROBERT MUELLER, III, Director, Federal Bureau of Investigation; EMILIO GONZALES, Director, U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; MICHAEL B. MUKASEY, Attorney General, Department of Justice; TERRY RICE, San Francisco Field Office Director, USCIS; EMILIA BARDINI, Director, Asylum Office, San Francisco,<br><br>              Defendants. | No. C 07-5219 JCS<br><br>STIPULATION TO EXTEND DATE OF DEFENDANTS' REPLY BRIEF and [PROPOSED] ORDER |

    The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of Defendants' reply brief, which is currently due on January 25, 2008 to February 1, 2008 because Plaintiff did not file his opposition memorandum until January 25, 2008.

///

///

Stipulation to Extend Dates
C 07-5219 JCS                               1

| | | |
|---|---|---|
| 1 | Dated: January 25, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>MELANIE L. PROCTOR[1] |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |

Dated: January 25, 2008           _____/s/_____
                                   BEN LOVEMAN
                                   Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____
        JOSEPH C. SPERO
        United States Magistrate Judge

---

[1] I, Melanie Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Extend Dates
C 07-5219 JCS                            2