1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  MELANIE L. PROCTOR, CSBN 228971
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6  Telephone: (415) 436-6730
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                  UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

   PADAM GIRI,                          )
12                                      )   No. C 07-5219 JCS
                   Plaintiff,           )
13                                      )
          v.                            )
14                                      )   STIPULATION TO EXTEND DATE OF
   ROBERT MUELLER, III, Director, Federal )  DEFENDANTS' REPLY BRIEF and
15 Bureau of Investigation; EMILIO      )   [PROPOSED] ORDER
   GONZALES, Director, U.S. Citizenship and )
16 Immigration Services; MICHAEL        )
   CHERTOFF, Secretary, Department of   )
17 Homeland Security; MICHAEL B.        )
   MUKASEY, Attorney General, Department )
18 of Justice; TERRY RICE, San Francisco )
   Field Office Director, USCIS; EMILIA )
19 BARDINI, Director, Asylum Office, San )
   Francisco,                           )
20                                      )
                   Defendants.          )
21 _____ )

22     The plaintiff, by and through his attorney of record, and defendants, by and through their

23 attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of

24 Defendants' reply brief, which is currently due on January 25, 2008 to February 1, 2008 because

25 Plaintiff did not file his opposition memorandum until January 25, 2008.

26 ///

27 ///

28
   Stipulation to Extend Dates
   C 07-5219 JCS                         1

| | | |
|---|---|---|
| 1 | Dated: January 25, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>MELANIE L. PROCTOR[1] |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |

<br>

Dated: January 25, 2008                                    /s/
                                                                         BEN LOVEMAN
                                                                         Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  January 28, 2008

                                                                         JOSEPH C. SPERO
                                                                         United States Magistrate Judge

---

[1] I, Melanie Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Extend Dates
C 07-5219 JCS                                              2