JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PADAM GIRI, | No. C 07-5219 JCS |
|     Plaintiff, | |
| v. | |
| ROBERT MUELLER, III, Director, Federal Bureau of Investigation; EMILIO GONZALES, Director, U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; MICHAEL B. MUKASEY, Attorney General, Department of Justice; TERRY RICE, San Francisco Field Office Director, USCIS; EMILIA BARDINI, Director, Asylum Office, San Francisco, | DECLARATION OF MELANIE PROCTOR |
|     Defendants. | |

I, Melanie Proctor, declare and state as follows:

    1.    I am employed by the United States Attorney's Office, Northern District of California, as an Assistant United States Attorney. My current employment address is 450 Golden Gate Avenue, Box 36055, San Francisco, California, 94102. I am the attorney assigned to the above-captioned matter.

///

///

PROCTOR DECLARATION
07-5219 JCS                    1

2. On or about November 2, 2007, I contacted Plaintiff's attorney to explain the nature of the delay in this case. In that conversation, I informed him that the delay did not involve the Department of Justice.

Signed this 1st day of February, 2008, in San Francisco, California.

                                             /s/
                                   MELANIE L. PROCTOR