BEN LOVEMAN (SBN # 249970)
Law Offices of Virender Kumar Goswami
870 Market Street., Ste. 1028
San Francisco, California 94102
Tel: (415) 391-0228
Fax: (415) 288-0459

Attorney for Plaintiff
PADAM GIRI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

PADAM GIRI                                              )   No.: 07-5219 JCS
                                                        )
    Plaintiff                                           )
                                                        )
v.                                                      )
                                                        )
ROBERT MUELLER III, Director,                           )   JOINT MOTION TO
Federal Bureau of Investigation; EMILIO                 )   DISMISS SUIT AND PROPOSED
GONZALES, Director, U.S. Citizenship                    )   ORDER
and Immigration Services (USCIS);                       )
MICHAEL CHERTOFF, Secretary,                            )
Department of Homeland Security;                        )   Date: March 21, 2008
MICHAEL B. MUKASEY, Attorney                            )   Time: 1:00 p.m
General, Department of Justice; TERRY                   )   Court: A
RICE, San Francisco Field Office Director,              )
USCIS; EMILIA BARDINI, Director,                        )
Asylum Office, San Francisco                            )
                                                        )
                                                        )
    Defendants.                                         )

Joint motion to Dismiss
07-5219 JCS                                             1

Each of the undersigned stipulates that the proceedings in the above captioned case should be dismissed as the case is now moot. Plaintiff was seeking a writ of mandamus compelling Defendants to adjudicate his asylum application. The USCIS recently approved Plaintiff's application. The case is therefore moot.

Respectfully submitted,

/s/
BEN LOVEMAN[1]
Attorney for Plaintiff

Joseph P. Russoniello
United States Attorney

Dated: March 7, 2008

MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

### ORDER

Pursuant to stipulation, IT IS SO ORDERED. All pending motions, deadlines, and court hearings are hereby VACATED.

Date:

JOSEPH C. SPERO
United States Magistrate Judge

---

[1] I, Ben Loveman, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document

Joint motion to Dismiss
07-5219 JCS

2