1  **BEN LOVEMAN** (SBN # 249970)
   Law Offices of Virender Kumar Goswami
2  870 Market Street., Ste. 1028
   San Francisco, California 94102
3  Tel: (415) 391-0228
   Fax:(415) 288-0459
4
   Attorney for Plaintiff
5  **PADAM GIRI**

6

7              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
8                   **SAN FRANCISCO DIVISION**

9

10 **PADAM GIRI**                              No.: 07-5219 JCS

11         Plaintiff

12 v.

13 **ROBERT MUELLER III**, Director,           **JOINT MOTION TO**
   Federal Bureau of Investigation; **EMILIO**  **DISMISS SUIT AND PROPOSED**
14 **GONZALES**, Director, U.S. Citizenship     **ORDER**
15 and Immigration Services (USCIS);
16 **MICHAEL CHERTOFF**, Secretary,
   Department of Homeland Security;            Date: March 21, 2008
17 **MICHAEL B. MUKASEY**, Attorney            Time: 1:00 p.m
18 General, Department of Justice; **TERRY**    Court: A
   **RICE**, San Francisco Field Office Director,
19 USCIS; **EMILIA BARDINI**, Director,
20 Asylum Office, San Francisco

21

22         Defendants.

23

24

25

26 ──────────────────────────────

27

28

   Joint motion to Dismiss               1
   07-5219 JCS

Each of the undersigned stipulates that the proceedings in the above captioned case should be dismissed as the case is now moot. Plaintiff was seeking a writ of mandamus compelling Defendants to adjudicate his asylum application. The USCIS recently approved Plaintiff's application. The case is therefore moot.

Respectfully submitted,

/s/
BEN LOVEMAN[1]
Attorney for Plaintiff

Joseph P. Russoniello
United States Attorney

Dated: March __7__, 2008

MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

## ORDER

Pursuant to stipulation, IT IS SO ORDERED. All pending motions, deadlines, and court hearings are hereby VACATED.

Date:     March 10, 2008

Judge Joseph C. Spero                    Magistrate Judge

[1] I, Ben Loveman, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document

Joint motion to Dismiss
07-5219 JCS                                    2